# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00110-CV

**In re Legends on Lake LBJ, Ltd.**

### ORIGINAL PROCEEDING FROM BURNET COUNTY

## M E M O R A N D U M   O P I N I O N

We deny the petition for writ of mandamus because this Court is without jurisdiction.

*See Meyerland Co. v. FDIC*, 848 S.W.2d 82 (Tex. 1993).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Henson

Filed: February 22, 2007